**Opinion issued January 11, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-12-01152-CV

—————————————

## IN RE DARRYL W. RISER, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Darryl W. Riser, proceeding pro se, has filed a petition for writ of

mandamus, seeking relief from the trial court's order denying his "motion to

disqualify and recuse" respondent[1] from hearing proceedings in the underlying suit.[2]

We deny the petition for writ of mandamus. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.

---

[1] Respondent is the Honorable Dan Hinde, Presiding Judge of the 269th District Court, Harris County, Texas.

[2] The underlying case is *Unauthorized Practice of Law Committee v. Darryl W. Riser*, No. 2011-16783, 269th Dist. Court (Harris Cnty., Tex.).